DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DINO MOHEBBI,**
Appellant,

v.

**PRO-FRAME CONTRACTING, INC.,** and **BANA CONSTRUCTION SERVICES, INC.,**
Appellees.

No. 4D2024-3159

[March 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William Haury Jr., Judge; L.T. Case No. 062021CA021002AXXXCE.

Joshua R. Levine of Joshua R. Levine, PLLC, Fort Lauderdale, for appellant.

Barbara Fox of Kubicki Draper, P.A., Miami, for appellee Pro-Frame Contracting, Inc.

Robert E. Anderson and Madeleine V. Bischel of Yeslow, Koeppel & Anderson, P.A., Fort Myers for appellee Bana Construction Services, Inc.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***